AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Timothy Cleveland,

                Plaintiff,

v.

Maria Chaves et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:25-cv-00579-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendants, Maria Chaves and Kimberly Fruth, and against Plaintiff, Timothy Cleveland. Plaintiff's First Amended Complaint (ECF No. 4) is DISMISSED with prejudice.

04/28/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ RJDG  
Deputy Clerk